COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF TEXAS
_Ft. Worth, TX._ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
APR - 1 2002
CLERK, U.S. DISTRICT COURT
By _____ Deputy

_Johnny William Hennington, Jr., ID# 847512_
Plaintiff's name and ID Number

_TDCJ-ID, Ramsey II. 1200_
Place of Confinement _FM 655, Rosharon, TX. 77583_

CASE NO. 4-02-0322-Y
(Clerk will assign the number)

v.

_Sheriff, David Williams, Tarrant County Jail_
Defendant's name and address
_401 W. Belknap St., Ft. Worth, TX. 76196_

_Tarrant County Medical Team, (Jail) & head Nurse, "Ms. Margie or Margy"_
Defendant's name and address
_401 W. Belknap St., Ft. Worth, TX. 76196_
Defendant's name and address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1

ATC1983

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment? (See Attached)  ✓ YES __ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: 08/12/1997

        2. Parties to previous lawsuit:
        Plaintiff(s) Johnny W. Hennington, Jr.
        Defendant(s) Sheriff David Williams

        3. Court: (If federal, name the district; if state, name the county.) Northern

        4. Docket Number: 4:1997-CV-00674

        5. Name of judge to whom case was assigned: John McBryde

        6. Disposition: (Was the case dismissed, appealed, still pending?) Dismissed

        7. Approximate date of disposition: 09/09/1997

ATC1983

II. PLACE OF PRESENT CONFINEMENT: TDCJ-ID, Ramsey II, Unit 1200, FM655, Rosharon, TX. 77583

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted both steps of the grievance procedure in this institution? "Tarr. County Jail Records" ✓ YES ___NO
Attach proof of the Step 2 grievance with the response supplied by the prison system. Tarr. Co. Jail, had no Grievance procedure, Like TDC

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Johnny W. Hennington, Jr. 1200, FM655, R2, Rosharon, TX. 77583, TDC#847512 Pro-Se, TDC#847512

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Sheriff, David Williams, Tarrant County Jail, 401 W. Belknap St. Ft. Worth, TX. 76196
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Knew of illnesses. Had horrible food trucked into Jail, that Bacteria & Water standing in trays, kept me in Jail over two years.

Defendant #2: Tarrant County Medical Team, head Nurse "Margie". Took Stomach Antacids from me, Said See Attached
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Nothing wrong. See Attack
I Vomit up dark blood, on record, wouldn't help.

~~Defendant #3:~~ Wouldn't treat my hernia's spine, R. Shoulder. Tarr. Med. did not offer back brace, Hospital Mattress Operation, Ice, or Heat packs, pain pills, All on Record.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

ATC1983

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(See Exhibit #4)

While locked up in Tarrant County Jail, for over 2yrs, I developed what I know now as, [HIATAL] hernia, Gastroesophageal Reflux disease (GERD). I vomitted up, large dark coffee-grounds looking vomit, "Several Times." The nurses said, "don't flush it the next time, and call us to see it." When they did, they said it was the lining of my stomach, and I should be dead, to come with them. I sat in Medical office, No one did anything, except give me a hand full of Antacids. The next morning, Head Nurse "Margy," took them.

"Pepto Bismol" "Taps"

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Get Tarr. Co. Jail Medical Records on 1.1988 thru 10/1998. I will require a very bad operation, because of Bacteria causes above, for Tarrant Co.'s Neglect, I Demand One Million Dollars damages. (See Attached) 1,2,1A,2A,3A,3B, 3C, 4A, 4B

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases: Just, Johnny William Hennington, JR.

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you. Only TDC-#489408 (1988) & #847512 (1998)

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ___YES  ✓NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case Number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?    ___YES  ✓NO

C. Has any court ever warned or notified you that sanctions could be imposed?    ___YES  ___NO

4

ATC1983

D.  If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that imposed warning (if federal, give the district and division): _____

 2. Case Number: _____

 3. Approximate date warnings were imposed: _____

Executed on: 3-27 2002
DATE

*Johnny W. Hennington, Jr.*
*Johnny W. Hennington, Jr.*
(Signature of plaintiff)

PLAINTIFF'S DECLARATIONS

 1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
 2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
 3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
 4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
 5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this 27th (Day) day of MARCH (month), 19 2002 (year)

*Johnny W. Hennington, Jr.*
*Johnny W. Hennington, Jr.*
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**